JOHN L. SLAFSKY, State Bar No. 195513
  jslafsky@wsgr.com
HOLLIS BETH HIRE, State Bar No. 203651
  hhire@wsgr.com
MATT KUYKENDALL, State Bar No. 248320
  mkuykendall@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiff
Align Technology, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., | CASE NO.: CV 07-8015 PA (AJWx), |
| Plaintiff, | [PROPOSED] PERMANENT INJUNCTION |
| v. | |
| BAUM ORTHODONTICS ASSOCIATES, INC., | Judge: Hon. Percy Anderson<br>Courtroom: 15 |
| Defendant. | |

The Court, having reviewed and considered the Complaint filed on December 10, 2007 by Plaintiff Align Technology, Inc. ("Align") against Defendant Baum Orthodontics Associates, Inc. ("Baum"), and the Stipulation Re: Injunction filed by Align and Baum, hereby ORDERS:

    a.    That Baum, its subsidiaries, parent and affiliated companies, successors, assigns, officers, directors, agents, partners, servants, and employees of those companies or individuals, and all others in active concert or participation with Baum, are hereby enjoined from using as trademarks ALIGN, CLEARALIGN, THE CLEAR WAY TO A PERFECT SMILE, THE

PERMANENT INJUNCTION     -1-     4040070

ALTERNATIVE TO BRACES, or any other trademark that is likely to cause confusion with, or cause dilution of, Align's rights in the trademarks listed in Schedule 1 ("Align's Marks") attached hereto. Without limitation of the foregoing, Baum will also transfer to Align its rights in the www.clearalignorthodontics.com domain name, and will cease any reference on its website(s) and in other marketing materials to Align's (or any unnamed competitor's) use of "wishful thinking" related to its products;

    b.    That Baum and all others holding by, through or under it, shall deliver up for destruction or itself destroy all products, labels, signs, prints, packages, wrappers, receptacles, advertisements, website content, television advertisements and other electronic forms of data in its possession or control bearing the ALIGN mark, the CLEARALIGN mark, THE CLEAR WAY TO A PERFECT SMILE mark, THE ALTERNATIVE TO BRACES mark and related trademarks, the www.clearalignorthodontics.com domain name, and any other variation of Align's Marks;

    c.    That within 20 days of the date of entry of this injunction Baum shall transfer the domain name www.clearalignorthodontics.com and any other domain name which incorporates or is confusingly similar to any of Align's Marks;

    e.    That for a period of one year following the date of entry of this injunction, Baum shall post prominently a disclaimer on the website at www.baumorthodontics.com stating that Baum is not affiliated with Align or authorized to provide Align's orthodontic products, including the Invisalign product;

    f.    That within 30 days of the date of entry of this injunction, Baum shall file with the Court and serve on Align an affidavit setting forth in detail the manner and form in which they have complied with the terms of the injunction.

Dated: May 31, 2008

                              THE HONORABLE PERCY ANDERSON
                              UNITED STATES DISTRICT JUDGE