ERIC D. BENNETT (STATE BAR No. 115439)
ericdbennett@gmail.com
12400 Wilshire Boulevard, Suite 400
Los Angeles, California 90025

Tel.: (310) 442-4650
Fax: (310) 442-4652

Attorney for Defendant BAUM ORTHODONTICS ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>BAUM ORTHODONTICS ASSOCIATES, INC., a California corporation<br><br>Defendant. | CASE NO. CV07 - 8015 PA (AJWx)<br><br>DECLARATION OF BRADLEY BAUM, D.D.S. RE COMPLIANCE OF DEFENDANT BAUM ORTHODONTIC ASSOCIATES, INC. WITH TERMS OF SETTLEMENT AGREEMENT AND PERMANENT INJUNCTION |

I, BRADLEY BAUM, D.D.S., hereby depose and say as follows:

    1.  I am, and have been at all times relevant to the instant action, the President and a shareholder of the defendant herein, BAUM ORTHODONTIC ASSOCIATES, INC., a California corporation ("BOA.")  I have personal knowledge of the matters set forth in this declaration, and if sworn could and would competently testify thereto.

    2.  This declaration references the settlement agreement dated as of May 1, 2008 ("Settlement Agreement") by and between BOA and the Plaintiff ALIGN TECHNOLOGY, INC. ("ATI"), the parties' joint stipulation for the entry of permanent injunction, and the court's permanent injunction entered as of May 31, 2008.   Without admission of any liability as to any of the matters alleged in this action, BOA has taken all steps necessary to comply with those instruments.  In particular, the

Settlement Agreement lists a series of marks (ALIGN, CLEARALIGN, THE CLEAR WAY TO A PERFECT SMILE, and THE ALTERNATIVE TO BRACES) that defendant has previously used in one medium or another (the "Listed Marks.")   The Settlement Agreement, and the court's injunction herein, requires, *inter alia*, BOA to deliver up, destroy, or eliminate any existing trademark use, in any medium, bearing any of the Listed Marks.

 3.   BOA only use of any of the Listed Marks at any time has been as follows: (a) on a Los Angeles market cable television commercial produced by, placed by, and purchased through Spot Runner; (b) in printed brochures distributed from BOA's offices to patients or other dentists; (c) on BOA's website, baumorthodontics.com; and (d) incorporated within an internet domain name, clearalignorthodontics.com, that BOA registered but never actively used.  In addition, the DNS resolution for that domain has been disabled since approximately February, 2008.

 4.   The television commercial produced and purchased through Spot Runner ran in the Los Angeles cable television market for approximately two weeks in 2007, and that is the only run BOA has ever paid for or authorized.  To the best of my knowledge, the television commercial has not been run or seen anywhere publicly since that 2007 run.  BOA has not authorized or purchased, and will not authorize or purchase, any further use or distribution of the television commercial embodying any of the Listed Marks.  BOA has never had physical custody or control of any master tape or digital file Spot Runner used to embody the television commercial, but without further express authorization from BOA, Spot Runner may not lawfully in any way use or distribute, or allow others to use or distribute, the television commercial.

 5.   On or about January 1, 2008, BOA stopped distributing any printed brochures containing any of the Listed Marks.  On June 11, 2008, BOA's entire inventory of those printed brochures was boxed and delivered to a commercial shredding service in Santa Monica, California.   On my instructions this inventory was shredded, and a true and correct copy of the receipt for those services is attached hereto as Exhibit 1 and incorporated herein by this reference.

 6.   On or before March, 2008, the BOA website at baumorthodontics.com was modified to delete any use of any of the Listed Marks.  Currently, there is no mention on the BOA website of

BOA's clear orthodontic aligner products or services.  However, when a pending update of the BOA website is completed, in approximately two weeks, the information about BOA's clear orthodontic aligner products or services will be presented via an online slide show.  The first two slides viewers will see will be in a form substantially identical to Exhibit 2 of this declaration, and thus will prominently display to those viewers the disclaimer specified in the Settlement Agreement.

7.   Under my instructions, on June 26, 2008, BOA's attorney transmitted to ATI's attorney the administrative user I.D. and password for the clearalignorthodontics.com domain.  ATI is now authorized, able, and obligated to amend the account holder, contact, and security information for the domain to reflect ATI's ownership.  Going forward BOA has no control of, interest in, or obligations for (including but not limited to financial obligations) this domain.

I declare under penalty of perjury that the foregoing is true and correct (28 USC 1746) and has been executed by me in Los Angeles, California as of the date shown opposite my signature.

DATED: June 26, 2008

_____
BRADLEY BAUM, D.D.S.
President of Defendant
BAUM ORTHODONTIC ASSOCIATES, INC.

Exhibits:

1. Receipt for Destruction of Printed Brochures

2. New BOA Website Pages Including Disclaimer

Clem ANAM
**Michael's**
3451 Wilshire Blvd.
Santa Monica, CA 90403
Tel 310-500-0213

08/11/2008  111111
#5008      9:28AM TOP 00000001

                    25 @ $0.45
SHRED OUT          $13.05

CASH        $13.05

MICHAELS 2 INC.
2402 WILSHIRE BLVD
SANTA MONICA, CA 90403
310-828-4313
27310012273100

C O P Y
06/11/2008  10:38:39
Sale:
              BAMM
Transaction #          2
Card Type:    MasterCard
Acc:     ************3043
Entry:            Swiped
Invoice #           6352
Total:          13.05

Reference No.:      0004
Auth.Code:        092648
Response:             AP

CUSTOMER COPY

THANK YOU!

# Welcome To

# Baum Orthodontic Aligners

Invisalign® is a registered trademark of Align Technology, Inc.  Baum Orthodontics does not use Invisalign® Baum Orthodontics uses its own invisible orthodontic treatment systems and is not affiliated with Align Technology, Inc.